IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JILL C. ULRICK, | CV 14–85–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security<br>Administration,<br>Defendant. | |

Plaintiff Jill C. Ulrick moves for attorney's fees pursuant to the Social

Security Act, 42 U.S.C. §406(b). Plaintiff requests fees in the amount of

$12,002.29, less $8,552.70 in fees previously authorized by the Court, for a total

amount of $3,449.59, representing 63.15 hours at the hourly rate of $190.06.

Though Defendant initially indicated she would object to this amount, on April 3,

2017, a response was filed where Defendant stated she "has given substantive

consideration to the merits of Plaintiff's request and found no basis to object."

(Doc. 19 at 2.) Because Defendant does not object and because the Court finds

this amount to be reasonable, Plaintiff's motion will be granted.

Accordingly, IT IS ORDERED that Plaintiff's Motion for Attorney's Fees

is GRANTED. Plaintiff is awarded attorney fees under 42 U.S.C. § 406(b) in the

amount of $3,449.59.

Dated this 19th day of April, 2017.

_____
Dana L. Christensen, Chief District Judge
United States District Court